IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-00889-JLK-KMT

COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit Corporation,
BEATRICE DE LEON, and
DAVID ABEYTA,

      Plaintiffs,

v.

ANTHONY M. FICCO & LOUIS FICCO, d/b/a FICCO AND FICCO,
ANTHONY FICCO,
LOUIS FICCO, and
DELORES LOWERY,

      Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

      Plaintiff's Unopposed Motion to Amend Complaint (doc. #12), filed September 1, 2009, is GRANTED. The amended complaint is accepted as filed.

      Plaintiff's Unopposed Motion to Amend Scheduling and Discovery Order (doc. #13), filed September 1, 2009, is GRANTED. The September 25, 2009 summary judgment motion filing deadline and corresponding dates in Section 8.b of the Scheduling and Discovery Order are vacated.

      The Court acknowledges and commends the professional courtesies being extended by the parties to this action.

Dated: September 3, 2009