IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 09-cv-00889-JLK-KMT

COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit Corporation,
BEATRICE DE LEON, and
DAVID ABEYTA,

  Plaintiffs,

v.

ANTHONY M. FICCO & LOUIS FICCO, d/b/a FICCO AND FICCO,
ANTHONY FICCO,
LOUIS FICCO, and
DELORES LOWERY,

  Defendants.

---

# ORDER OF DISMISSAL

**Kane, J.**

  This matter is before the Court on the Stipulation of Dismissal With Prejudice (doc. #21), filed January 11, 2010. It is

  **ORDERED** that this matter shall be **DISMISSED WITH PREJUDICE** against Anthony M. Ficco, Louis Ficco, Ficco and Ficco, and Delores Lowery, each party to bear his, her or its own fees and costs.

  Dated: January 11, 2010

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT